In the Matter of the Claim of FRANK B. BARANOWSKI et al., Appellants, v. ENDICOTT JOHNSON CORPORATION, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— GABRIELLI, J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.